IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VICTOR H. SPARROW, III,

    Plaintiff,

v.                Civil Action No. 2:06 CV 102
                   (Maxwell)
RICHARD WILL,

    Defendant.

## ORDER

By Order entered on August 20, 2007, the Court set this matter for mediation on September 26, 2007. On August 21, 2007, Counsel for the Defendant filed a Motion to Continue indicating that the Defendant is scheduled to be in Washington, D.C. on September 25 and 26, but that he would be available on September 27 and 28. The Court, finding just cause to do so, hereby **GRANTS** the Defendant's Motion to Continue. Accordingly, it is hereby

**ORDERED** that the mediation, scheduled for September 26, shall be, and the same hereby is, **CONTINUED** until **September 28, 2007 at 10:00 a.m.**

The Clerk is directed to transmit copies of this Order to counsel of record herein and to the assigned mediator.

ENTER: August 22, 2007

                   _____
                   United States District Judge